**Fill in this information to identify the case:**

Debtor name: National Fence and Supply Co.

United States Bankruptcy Court for the: District of Massachusetts

Case number (if known): 25-10914

☐ Check if this is an amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2025 | to Filing date | ☑ Operating a business<br>☑ Other Social Security/Unemployment | $ 2,045.00 |
| For prior year: | From 01/01/2023 | to 12/31/2023 | ☑ Operating a business<br>☐ Other | $ 1,051,446.00 |
| For the year before that: | From 01/01/2022 | to 12/31/2022 | ☑ Operating a business<br>☐ Other | $ 1,616,859.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2025 | to Filing date | Social Security/Unemployment | $ 3,527.00 |
| For prior year: | From 01/01/2023 | to 12/31/2023 | | $ 0.00 |
| For the year before that: | From 01/01/2022 | to 12/31/2022 | | $ 0.00 |

Debtor __National Fence and Supply Co._____   Case number (if known) __25-10914__
      Name

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None

   |  | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|---|
   | 3.1. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
   | 3.2. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None

   |  | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
   |---|---|---|---|---|
   | 4.1. | _____<br>Insider's name<br><br>Relationship to debtor<br>_____ | _____<br>_____<br>_____ | $_____ | |
   | 4.2. | _____<br>Insider's name<br><br>Relationship to debtor<br>_____ | _____<br>_____<br>_____ | $_____ | |

Debtor   National Fence and Supply Co.                                            Case number (if known) 25-10914
         ———————————————————————————
         Name

### 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | Santander Bank, N.A.<br>Creditor's name<br>75 State Street<br>Boston, MA 02109-1827 | Action on a Note and to enforce Guaranty | 11/2024 | $ Unknown |
| 5.2. | Mid City Steel Corp.<br>Creditor's name<br>546 State Road<br>P.O. Box 820<br>Westport, MA 02790-0698 | Goods sold and delivered | 11/2024 | $ 0.00 |

### 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $ _____ |

Last 4 digits of account number: XXXX-- _____

## Part 3: Legal Actions or Assignments

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Santander Bank, N.A. vs. National Fence and Supply Co.<br><br>Case number<br>2473CV00804 | Action on a Note and to enforce Guaranty | Bristol County Superior Court - Taunton<br><br>9 Court Street, Rm 13<br>Taunton, MA 02780 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Santander Bank, N.A. vs. National Fence and Supply Co.<br><br>Case number<br>2473CV00804 | Action on a Note and to enforce | Bristol County Superior Court-New Bedford<br><br>441 County Street, 1st Floor<br>New Bedford, MA 02740 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 3

Debtor  National Fence and Supply Co.
　　　　Name
　　　　　　　　　　　　　　　　　　　　　　　Case number (if known) 25-10914

### 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | Case title | $ _____ |
|  | Case number | Court name and address |
|  |  | Name |
|  | Date of order or assignment |  |

## Part 4: Certain Gifts and Charitable Contributions

### 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name |  |  | $ _____ |
|  |  |  | $ _____ |
| Recipient's relationship to debtor |  |  |  |
| 9.2. Recipient's name |  |  | $ _____ |
|  |  |  | $ _____ |
| Recipient's relationship to debtor |  |  |  |

## Part 5: Certain Losses

### 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
|  | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). |  | $ _____ |

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page 4

Debtor  National Fence and Supply Co.  
_____Name_____

Case number (if known) 25-10914

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

**11.1.**

Who was paid or who received the transfer?  
Law Office of Hilmy Ismail

Address  
322 East Washington St  
North Attleboro, MA 02760

If not money, describe any property transferred

Dates  
4/24/25

Total amount or value  
$ 2,262.00

Email or website address  
Hilmy@HilmyIsmailLaw.com

Who made the payment, if not debtor?

**11.2.**

Who was paid or who received the transfer?

Address

If not money, describe any property transferred

Dates

Total amount or value  
$

Email or website address

Who made the payment, if not debtor?

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.  
Do not include transfers already listed on this statement.

☑ None

Name of trust or device

Describe any property transferred

Dates transfers were made

Total amount or value  
$

Trustee

Debtor __National Fence and Supply Co._____    Case number (if known) __25-10914__
       Name

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | | | | $ |
| | Address | | | |
| | Relationship to debtor | | | |
| 13.2. | Who received transfer? | | | $ |
| | Address | | | |
| | Relationship to debtor | | | |

## Part 7: Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | | |
|---|---|---|---|---|
| 14.1. | 9 Mount Hope St<br>North Attleboro, MA 02760 | From 01/01/2019 | To | 5/4/2025 |
| 14.2. | | From _____ | To | _____ |

Official Form 207        Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        page 6

Debtor  National Fence and Supply Co.
_____
Name

Case number (if known) 25-10914

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br>Check all that apply:<br>☐ Electronically<br>☐ Paper |
| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. _____<br>Facility name | | |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br>Check all that apply:<br>☐ Electronically<br>☐ Paper |

## Part 9: Personally Identifiable Information

**16.** Does the debtor collect and retain personally identifiable information of customers?

☒ No.
☐ Yes. State the nature of the information collected and retained. _____
    Does the debtor have a privacy policy about that information?
    ☐ No
    ☐ Yes

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☒ No. Go to Part 10.
  Yes. Does the debtor serve as plan administrator?
    ☐ No. Go to Part 10.
    ☐ Yes. Fill in below:
      Name of plan                                              Employer identification number of the plan
      _____          EIN: _____

      Has the plan been terminated?
      ☐ No
      ☐ Yes

Debtor  National Fence and Supply Co.  
      Name

Case number (if known) 25-10914

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____ Name | XXXX–_____ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. _____ Name | XXXX–_____ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name  _____ Address | | | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name  _____ Address | | | ☐ No ☐ Yes |

Debtor  National Fence and Supply Co.
　　　　Name

Case number (if known) 25-10914

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| R C Charles LLC<br>Name<br>181 Charles Street<br>North Attleboro, MA 02760 | | | $ 400,000.00 |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| Case number | Name | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

Debtor  National Fence and Supply Co.  Case number (if known) 25-10914
_____Name_____

24. Has the debtor notified any governmental unit of any release of hazardous material?
☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. Other businesses in which the debtor has or has had an interest
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

25.1.
Business name and address — Name
Describe the nature of the business
Employer Identification number
Do not include Social Security number or ITIN.
EIN: _____
Dates business existed
From _____ To _____

25.2.
Business name and address — Name
Describe the nature of the business
Employer Identification number
Do not include Social Security number or ITIN.
EIN: _____
Dates business existed
From _____ To _____

25.3.
Business name and address — Name
Describe the nature of the business
Employer Identification number
Do not include Social Security number or ITIN.
EIN: _____
Dates business existed
From _____ To _____

Debtor  National Fence and Supply Co.  Case number (if known) 25-10914
         ———Name———

### 26. Books, records, and financial statements

**26a.** List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | Bibeault & Associates, LLC<br>Name<br>235 Promenade Street, Suite 120, Providence, RI 02908 | From 05/01/2023<br>To 05/01/2025 |
| 26a.2. | _____<br>Name | From _____<br>To _____ |

**26b.** List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | _____<br>Name | From _____<br>To _____ |
| 26b.2. | _____<br>Name | From _____<br>To _____ |

**26c.** List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | _____<br>Name | |

Debtor  National Fence and Supply Co.
      Name

Case number (if known) 25-10914

|  | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

|  | Name and address |
|---|---|
| 26d.1. | Name |

|  | Name and address |
|---|---|
| 26d.2. | Name |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
|  |  | $ |

Name and address of the person who has possession of inventory records

|  |  |
|---|---|
| 27.1. | Name |

Debtor __National Fence and Supply Co._____  Case number (if known) 25-10914

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

Name and address of the person who has possession of inventory records

27.2. _____
Name

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Richard D. Cathcart | 181 Charles Street, North Attleboro, MA 02760 | | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | ___ To ___ |
| | | | ___ To ___ |
| | | | ___ To ___ |
| | | | ___ To ___ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Name | | | |
| Relationship to debtor | | | |

Debtor  National Fence and Supply Co.
       Name

Case number (if known) 25-10914

**Name and address of recipient**

30.2
Name

Relationship to debtor

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?
☑ No
☐ Yes. Identify below.

Name of the parent corporation

Employer Identification number of the parent corporation
EIN: _____

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?
☑ No
☐ Yes. Identify below.

Name of the pension fund

Employer Identification number of the pension fund
EIN: _____

### Part 14: Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/30/2025
            MM / DD / YYYY

X _[signature]_    Printed name  Richard D Cathcart
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Treasurer

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☑ Yes

Debtor Name: National Fence and Supply Co.    Case number (if known): 25-10914

## Continuation Sheet for Official Form 207

7) Legal Actions

Capital Forest Products, Inc. Vs. National Fence and Supply Co.

2573CV00266

Monies owed for goods sold and delivered.

Bristol Superior Court (Taunton)

9 Court Street, Taunton, MA 02780

Pending

--------

Mid City Steel Corp. Vs. National Fence & Supply Co.

2434CV000698

Goods sold and delivered

Attleboro District Court

88 North Main Street, Attleboro, MA 02703

Pending

--------

**Fill in this information to identify the case:**

Debtor name: National Fence and Supply Co.

United States Bankruptcy Court for the: District of Massachusetts

Case number (If known): 25-10914

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | LEIB Solutions LLC<br>1000 S Lenola Road<br>Maple Shade, NJ, 08052 | 856.439.1179 | | Disputed | | | 69,664.00 |
| 2 | B&B Wholesale Fence Co. Inc.<br>PO Box 611<br>Rehoboth, MA, 02769 | 508.336.8008 | Suppliers or Vendors | | | | 28,402.60 |
| 3 | Mid City Steel Corp.<br>546 State Road<br>P.O. Box 820<br>Westport, MA, 02790-0698 | 508.675.7833 | Suppliers or Vendors | | | | 18,577.57 |
| 4 | U.S. Bank, N.A. dba Elan Financial Services<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis, MO, 63166-0108 | (855)837-1614<br>poc@ourcardhelp.com | Credit Card Debt | | | | 11,839.06 |
| 5 | Capital One<br>PO Box 71087<br>Charlotte, NC, 28272-1087 | | Credit Card Debt | | | | 6,015.72 |
| 6 | Wex Gas Card<br>1 Hancock St<br>Portland, ME, 04101 | | Credit Card Debt | | | | 6,000.00 |
| 7 | Mass. Dept. of Revenue Attn:Bankruptcy Unit<br>PO Box 7090<br>Boston, MA, 02204-7090 | Bunthany Williams<br>(617) 626-3875 | Taxes & Other Government Units | | | | 5,024.59 |
| 8 | Airgas USA, LLC<br>6055 Rockside Woods Blvd<br>Independence, OH, 44131 | Brianna Scamaldo<br>216.642.1543<br>brianna.scamaldo@airgas.com | Suppliers or Vendors | | | | 1,060.72 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

| Debtor | National Fence and Supply Co. | | | Case number (if known) | 25-10914 | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 2

United States Bankruptcy Court

IN RE:  
National Fence and Supply Co.

Case No. 25-10914

Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| | | |

Airgas USA, LLC
6055 Rockside Woods Blvd
Independence, OH 44131

B&B Wholesale Fence Co. Inc.
PO Box 611
Rehoboth, MA 02769

Brian J Hughes, Esq.
HACKETT FEINBERG P.C.
155 FEDERAL ST 9TH FL
Boston, MA 02110

Capital Forest Products, Inc.
109 Gibralter Ave.
Annapolis, MD 02043

Capital One
PO Box 71087
Charlotte, NC 28272-1087

Citizens Bank, N.A.
Jack Mikels & Associates, LLP
1 Batterymarch Park, Suite 309
Quincy, MA 02169

Ford Motor Credit Company LLC
4515 N. Santa Fe Ave.
Dept. APS
Oklahoma City, OK 73118

Fuller Box

John O Postl, Esq.
21 Mayor Thomas J. McGrath Highway
Suite 404
Quincy, MA 02169

Kubota Credit Corporation, U.S.A.
Servicing Center
P.O. Box 2046
Grapevine, TX 76099

LEIB Solutions LLC
1000 S Lenola Road
Maple Shade, NJ 08052

Marwood LTD
P.O. Box 338
Fredericton, NB E3B 4Z9 CANADA,

Mass. Dept. of Revenue Attn:Bankruptcy Unit
PO Box 7090
Boston, MA 02204-7090

Michael A. Wirtz, Esq.
Jack Mikels & Associates, LLP
1 Batterymarch Park, Suite 309
Quincy, MA 02169-7454

Michael J. Marracino, Esq.
Cohn & Dussi, LLC
255 State St., Suite 7B
Boston, MA 02109

Mid City Steel Corp.
546 State Road
P.O. Box 820
Westport, MA 02790-0698

Santander Bank, N.A.
75 State Street
Boston, MA 02109-1827

TD Bank, National Association
1701 Route 70 East
Cherry Hill, NJ 08034

U.S. Bank, N.A. dba Elan Financial Services
Bankruptcy Department
PO Box 108
Saint Louis, MO 63166-0108

U.S. Small Business Administration
2 20th St N.W.
Suite 320
Birmingham, AL 35203

Wex Gas Card
1 Hancock St
Portland, ME 04101

United States Bankruptcy Court
District of Massachusetts

In re: National Fence and Supply Co.

Debtor(s)

Case No. 25-10914

Chapter 11

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____05/30/2025_____

_____[signature]_____
Signature of Individual signing on behalf of debtor

_____President_____
Position or relationship to debtor