UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: ) <br> ) <br> NATIONAL FENCE AND ) <br> SUPPLY CO. ) <br> Debtor ) <br> ) | Chapter 11 <br> Case No. 25-10914 |

**DECLARATION OF COUNSEL**

I, Sara Kathryn Jackson, declare the following:

1. I am an attorney licensed to practice in North Carolina and before this Court. I am a member of the U.S. District Court for Massachusetts and present on the Roll of Active Attorneys, admitted through the Attorneys for the United States exemption, under U.S. District Court for Massachusetts Local Rule 83.5.3(c).

2. I am counsel for William K. Harrington, the United States Trustee for Region 1 ("United States Trustee") in the above-captioned bankruptcy case.

3. I submit this Declaration in support of the United States Trustee's Motion to Dismiss or Convert Debtor's Chapter 11 case, which is served and filed concurrently herewith.

4. All facts set forth in this affidavit are based on my personal knowledge or my review of the relevant documents and records. If I were called to testify, I would testify to the facts presented herein.

5. On June 9, 2025, the initial § 341 Meeting of Creditors was held telephonically, which the Debtor representative and Debtor's counsel appeared for.

6. During the June 9, 2025 § 341 Meeting, I determined that the meeting needed to be continued because of missing documents and information. I confirmed the availability of the

Debtor representative and Debtor's counsel to continue the meeting to June 23, 2025. The continuance of the § 341 meeting to June 23, 2025 at 10 am was agreed upon and stated on the record.

7. On the record, I also told the Debtor representative and counsel that we were missing copies of the checks written on the Debtor's bank account for the prior six months to the petition date and that we needed those before the continued § 341 meeting.

8. On June 10, 2025, I filed a docket entry that the § 341 meeting was continued to June 23, 2025 at 10 am.

9. On June 23, 2025 at 10 am, I called the continued § 341 meeting but the Debtor representative and Debtor's counsel were not on the line.

10. I subsequently emailed Debtor's counsel to ask if he and the Debtor representative were going to join the meeting.

11. I recalled the continued § 341 meeting on June 23, 2025 at 10:10 am and the Debtor representative and Debtor's counsel still had not joined.

12. On June 24, 2025, I received an email from Debtor's counsel that he had forgotten about the meeting.

13. At the time of this declaration, I have not received a copies of the checks for the six months preceding the petition date.

14. On June 16, 2025, Debtor's counsel emailed the United States Trustee the Debtor's May monthly operating report.

15. The document attached was missing the first page and no bank statements were provided to support the May monthly operating report.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of June, 2025, in Boston, Massachusetts.

Dated:  June 25, 2025						William K. Harrington
								United States Trustee, Region 1


						By:	*/s/ Sara Kathryn Jackson*
							Sara Kathryn Jackson, NC Bar # 55280
							Trial Attorney
							Office of United States Trustee
							5 Post Office Square, Suite 1000
							Boston, MA 02109
							(202) 841-8501
							Email: sara.kathryn.jackson@usdoj.gov